**Order filed March 10, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00472-CV
_____

**CURTIS TYLER, Appellant**

**V.**

**TORCSILL FOUNDATIONS LLC, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-07582**

## O R D E R

The clerk's record was filed January 24, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the motion for summary judgment filed by defendants Torcsill Foundations, LLC and Intervale Capital, LLC.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 21, 2022**, containing the motion for summary judgment filed by defendants Torcsill Foundations, LLC and Intervale Capital, LLC.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Poissant, Wilson.